■ SYLVIA KAHN, as Executrix of MORTON KAHN, Deceased, v. ISAAC E. CAHN et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term of this court. Respondent's points are to be served and filed by May 10, 1961 and reply points, if any, by May 15, 1961. The clerk is directed to place this appeal on the Enumerated Calendar for May 24, 1961, to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ RITA ULLAH v. MOHAMED ALI.— Motion for an enlargement of time granted, only insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ISAAC NAMER. (B) THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE JARDINE. (C) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS RAMIREZ. (D) THE PEOPLE OF THE STATE OF NEW YORK v. NATHANIEL BOWLER. (E) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD NEELEY.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

## (April 20, 1961)

■ CARLOS LUGO, an Infant, by His Guardian ad Litem, EFRAIN LUGO, et al., v. STEWART KAUFMAN, INC.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. That branch of the motion as seeks reargument was not timely made (Appellate Division, First Department Rules, rule VIII). Concur — Breitel, J. P., Rabin, Valente, Eager and Noonan, JJ.

■ (A) In the Matter of the Probate of the Will of ELIAS A. COHEN, Deceased. MARIE B. COHEN, Appellant; ESTELLE L. FRINDEL et al., Respondents. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. (B) EUGENE WEISS v. LLOYD M. BAUMAN et al. Concur — Rabin, J. P., Valente, McNally, Steuer and Bastow, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

■ RANDY KNITWEAR, INC., v. AMERICAN CYANAMID CO.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ LUCILE M. FERGUSON, Individually and as Receiver, v. 444 WEST 55TH STREET CORPORATION et al.— Motion for leave to reargue denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of NATHANIEL M. MINKOFF, as Treasurer of Joint Board of Dress and Waistmakers' Union of Greater New York, v. BUDGET DRESS CORPORATION.— Motion for leave to appeal to the Court of Appeals dismissed, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ TUDOR CITY FOURTH UNIT, INC., v. LEWIS H. BOWDEN et al., Copartners Doing Business as INTERNATIONAL WRECKING CO.— Application denied, with $10 costs. The stay contained in the order to show cause, dated March 17, 1961, is vacated. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.